# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Appellee, | ) |
| | )   5:11cr007-1 |
| v. | ) |
| | ) |
| RUDOLPH V. ORANGE, | ) |
| | ) |
| Defendant/Appellant. | ) |

## ORDER

The appeal in the above-styled action having been dismissed for lack of jurisdiction by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This ___ day of June, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA